THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Dale Ferguson, Melissa Ferguson, Lynn Sweatt, Defendants,
of whom Dale Ferguson is Appellant.
 
 
 

IN THE INTEREST OF: Amber Ferguson, DOB: 08/14/91; Laurel Renee Ferguson, DOB: 09/18/89; Robert Ferguson, DOB: 06/09/87; Breanna Ferguson, DOB:  08/15/99; Dale Ferguson, Jr., DOB:  02/22/01; Minor Children under the Age of 18

Appeal From Greenville County
 Robert N. Jenkins, Sr., Family Court Judge

Unpublished Opinion No. 2006-UP-065
Submitted January 1, 2006  Filed January 26, 2006

DISMISSED

 
 
 
Chace Damon Campbell, of Greenville, for Appellant.
Thomas P. Keeler, of Greenville, for Respondent.
Robert Clark, of Greenville, for Guardian Ad Litem.
 
 
 

PER CURIAM: Dale Ferguson appeals the family courts finding that the Department of Social Services had probable cause to remove his children from his home.  We dismiss[1] the appeal as interlocutory pursuant to Rule 220(b)(1), SCACR, and the following authority: Hooper v. Rockwell, 334 S.C. 281, 291, 513 S.E.2d 358, 363 (1999) ([A]n order issued as a result of a probable cause hearing in an emergency removal case is interlocutory in nature and not immediately appealable.). 
 APPEAL DISMISSED.
HEARN, C.J., and ANDERSON and KITTREDGE, JJ., concur.

[1] We decide the case without oral argument pursuant to Rule 215, SCACR.